11 A.3d 372

KAREN WOOD AND FREDERICK WOOD, AS ASSIGNEES OF AL-
FONZIA CARUSO, PLAINTIFFS–PETITIONERS, v. NEW JER-
SEY MANUFACTURERS INSURANCE COMPANY, DEFEN-
DANT–RESPONDENT.

December 10, 2010.

Granted.